UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPLETE BUSINESS SOLUTIONS
GROUP, INC. d/b/a PAR FUNDING,

    Plaintiff,

v.

R TRADING, INC. and RAAFAT AYESH,

    Defendants.

Case No. 15-12939

Hon. Robert H. Cleland

## ORDER ALLOWING ALTERNATE SERVICE ON DEFENDANTS

This matter comes before the Court on the ex parte motion of Plaintiff for alternate service on Defendants, and the Court being duly advised in the premises, and finding entry of this Order appropriate under the circumstances:

IT IS HEREBY ORDERED that Plaintiff may serve Defendant Raafat Ayesh and Defendant R Trading, Inc. by (1) first class mail and posting the Summons and Complaint, along with a copy of this Order, to the front door of the 6936 Colonial Street, Dearborn Heights, MI 48127, and (2) by first class mail to 23636 Michigan Ave., #482, Dearborn, MI 48124.

IT IS FURTHER ORDERED that service will be deemed properly effectuated upon Defendants by Plaintiff's counsel filing a Proof of Service attesting that service was completed in accordance with the terms of this Order.

1734181/16003.0001

IT IS FURTHER ORDERED that Defendants shall file an Answer to the Complaint, or take other permitted by law or court rule, on or before 28 days after mailing and posting.

IT IS SO ORDERED.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  October 21, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 21, 2015, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522